ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  JOHN N. PARMLEY
   Assistant U.S. Attorney
3  California State Bar No. 178885
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6198

6  Attorneys for Plaintiff
   United States of America

7
                   UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA        )   Magistrate Case No. 08MJ1757
                                   )
10              Plaintiff,         )
                                   )   GOVERNMENT'S MOTION AND
11       v.                        )   ORDER TO UNSEAL COMPLAINT
                                   )   AND ARREST WARRANT
12 ROLAND MONTEMAYOR,              )
        aka Rolo,                  )
13 JORGE LOPEZ-HERRERA,            )
        aka Pedro Bombas,          )
14                                 )
               Defendants.         )
15 _____)

16       COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

17 Karen P. Hewitt, United States Attorney, and John N. Parmley, Assistant United States Attorney, and

18 hereby moves this Court for an order unsealing the Complaint, affidavit in support of Complaint, and

19 Arrest Warrant previously filed in the above-referenced matter on June 4, 2008.

20       DATED: June 5, 2008.

21                                         Respectfully submitted,

22                                         KAREN P. HEWITT
                                           United States Attorney
23
24                                         JOHN N. PARMLEY
                                           Assistant U.S. Attorney
25
26                       O R D E R

27       IT IS SO ORDERED.
         DATED: June 5, 2008
28
                                           _____
                                           UNITED STATES MAGISTRATE JUDGE