**PHILIP A. DeMASSA**
**A PROFESSIONAL CORPORATION**
**ATTORNEY AT LAW -Bar No. 47667**
**2356 Moore Street, Suite 201**
**San Diego, California 92110**
**Telephone: (619) 294-2777**
**Facsimile: (619) 294-2120**
Attorneys for Defendant
JORGE LOPEZ-HERRERA



FILED

JUN 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 08mj1757 |
| Plaintiff, | NOTICE OF SUBSTITUTION OF ATTORNEY |
| v. | |
| JORGE LOPEZ-HERRERA, | |
| Defendant. | |

    Defendant JORGE LOPEZ-HERRERA substitutes Philip A. DeMassa, of Philip A. DeMassa, APC as his attorney of record in place and stead of attorney Jami L. Ferrara.


Dated:    June 10, 2008            *Jorge Lopez Herrera*
                                   JORGE LOPEZ-HERRERA

I accept the substitution of attorney.


Dated:    June 10, 2008            _____
                                   PHILIP A. DeMASSA
                                   Attorney for Defendant
                                   JORGE LOPEZ-HERRERA

                NOTICE OF SUBSTITUTION OF ATTORNEY            - 1 -

I consent to the substitution of attorney.


Dated:    June 10, 2008                    _____
                                           JAMI L. FERRARA


IT IS SO ORDERED

Dated:  June 10, 2008                      _____

                                           United States Magistrate Judge

NOTICE OF SUBSTITUTION OF ATTORNEY                               - 2 -