unsealed 06-05-08

**ORDERED SEALED BY COURT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ORIGINAL

FILED

UNITED STATES OF AMERICA,

08 JUN 17 AM 8:42

F#1507215

V.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**WARRANT FOR ARREST**

ROLAND MONTEMAYOR et al.,

BY: _____ DEPUTY

Magistrate Case No.

**'08 MJ 1757**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST: JORGE LOPEZ-HERRERA, aka Pedro Bombas**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation Petition

The complaint charges defendant JORGE LOPEZ-HERRERA, aka Pedro Bombas, with conspiracy to distribute methamphetamine and aiding and abetting in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

SEALED by Order of
Magistrate Judge Leo S. Papas
Date JUN 4 2008

U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 JUN -4 A 11:13
RECEIVED

Honorable Leo S. Papas
Name of Issuing Officer

Leo S. Papas
US Magistrate Judge

United States Magistrate Judge
Title of Issuing Officer

_____
Signature of Issuing Officer

June 4, 2008, San Diego, California
Date and Location

(By) Deputy Clerk

DATE 6/5/08   FBI-SD
SERVED BY STEVEN C. STAFFORD
ACTING U.S. MARSHAL, SCA

Bail Fixed at $ **To be set in Court**

LEO S. PAPAS
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'          FBI          3599
(Dist of Meth)